UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HIRAM FLYNN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-177** |
| **TEX-AIR HELICOPTERS, INC., ET AL.** | **SECTION B(3)** |

**ORDER & REASONS**

Before the Court are Defendant Dart Aerospace, Ltd.'s Motion to Strike Tex-Air Helicopter, Inc.'s Expert, Douglas Marwill (Rec. Doc. No. 362) and Defendant Tex-Air Helicopter's Motion in Limine to Limit Expert Testimony of James Bradley (Rec. Doc. No. 376). The opinions of Douglas Marwill and James Bradley involve their conflicting interpretations of FAA regulations/notices. As such, the opinions appear to offer legal conclusions about express governmental requirements. While appreciating the offer, this trier of fact discerns no need for assistance in such matters. *Estate of Sowell v. United States*, 198 F.3d 169, 171-172 (5th Cir. 1999)(upholding the exclusion of expert testimony that the district court concluded constituted impermissible legal opinion). Accordingly,

Dart Aerospace, Ltd.'s Motion to Strike Tex-Air Helicopter,

1

Inc.'s Expert, Douglas Marwill (Rec. Doc. No. 362) and Defendant Tex-Air Helicopter's Motion in Limine to Limit Expert Testimony of James Bradley (Rec. Doc. No. 376) are **GRANTED**.

New Orleans, Louisiana, this 22nd day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE